# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D2025-2207
L.T. Case No. 2015-304712-CFDB

_____

ROBERT GELLES,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

3.850 Appeal from the Circuit Court for Volusia County.
Leah Ransbottom Case, Judge.

Lori D. Loftis and Michael C. Nappi, Assistant Regional Counsel, of the Office of Criminal Conflict and Civil Regional Counsel, 5th District, Casselberry, for Appellant.

James Uthmeier, Attorney General, Tallahassee, and Kaylee Danielle Tatman, Assistant Attorney General, Daytona Beach, for Appellee.

August 13, 2026

PER CURIAM.

AFFIRMED.

JAY, C.J., and LAMBERT and MACIVER, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____